■ CASTLE INN RESTAURANT, INC., et al., Respondents-Appellants, v. STASSA PREVELEGIANOS et al., Appellants-Respondents.— Motion by plaintiffs for a stay, pending appeal, denied. Ughetta, Acting P. J., Kleinfeld, Christ, Brennan and Hopkins, JJ., concur.

■ HELEN R. GRIFFIN et al., Respondents, v. WILLIAM M. GANNON et al., Appellants.— Motion by appellants for a stay, pending appeal, denied. Ughetta, Acting P. J., Kleinfeld, Christ, Brennan and Hopkins, JJ., concur.

■ JOHN H. PETERSEN, Respondent, v. FORTY-FIVE NEVINS ST. CORP., Appellant, et al., Defendants.— Motion by appellant for a stay, pending appeal, granted on consent. Ughetta, Acting P. J., Kleinfeld, Christ, Brennan and Hopkins, JJ., concur.